IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE JONES,<br>　　　　　Plaintiff,<br>　　v.<br>COUNTY OF SONOMA, et al.,<br>　　　　　Defendants. | Case No.  23-cv-02730-CRB<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff Christine Jones brings § 1983 claims against the County of Sonoma, the Sonoma County Public Defender's Office, the City of Santa Rosa, the Santa Rosa Police Department, and two individual defendants, Fabiola Manai and Matthew North, alleging that Defendants failed to provide her with body camera footage of her son's arrest and assault. See Compl. (dkt 1).

Defendants have filed two motions to dismiss and attest that the motions were served on Jones on the date they were filed. See dkts 13-2; 16. Jones's opposition to each motion was due on July 24 and July 31, respectively, but Jones has failed to file any opposition. Accordingly, the Court **ORDERS PLAINTIFF TO SHOW CAUSE** by August 23 why this case should not be terminated for failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure. Failure to respond will result in dismissal of this action.

**IT IS SO ORDERED.**

Dated: August 2, 2023

　　　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　　United States District Judge